**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

BRIAN OROZCO,

*Petitioner,*

v.

MICHAEL B. MUKASEY, Attorney
General,

*Respondent.*

No. 06-75021

Agency No.
A077-981-235

ORDER

Filed October 20, 2008

Before: Kim McLane Wardlaw, Carlos T. Bea, and
N. Randy Smith, Circuit Judges.

---

## ORDER

The Joint Motion to Vacate and Motion to Dismiss Voluntarily is hereby GRANTED. The published opinion in *Orozco v. Mukasey*, 521 F.3d 1068 (9th Cir. 2008), is hereby vacated. The case is also hereby dismissed pursuant to Federal Rule of Civil Procedure Rule 42(b). This order served on the agency shall, 21 days after the date of this order, become the mandate of this court.

IT IS SO ORDERED.

14577

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2008 Thomson Reuters/West.